UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:18-cr-99-T-17JSS

MICHAEL JAMES BAKER ET AL.

## ORDER

Pursuant to Fed. R. Crim. P. 48(a), the United States has requested leave to dismiss the Second Superseding Indictment against the named defendants, without prejudice. Leave of Court is granted and the Second Superseding Indictment is dismissed against the named defendants, in the above-captioned case, without prejudice.

Dated: September 19th 2018

ELIZABETH A. KOVACHEVICH
United States District Judge

**ELIZABETH A. KOVACHEVICH**
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record